**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES**                                                         **PLAINTIFF**

        v.           **Civil No. 13-3079**
                 **Criminal No. 09-30015**

**DAVID MIDDLETON**                                       **DEFENDANT**

## O R D E R

Now on this 14th day of January, 2014, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #33), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

    **IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT COURT**